

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Kionne Devaughn Lewis,

Vs. No. 11-23-00256-CR

The State of Texas,

\* From the 142nd District Court
of Midland County,
Trial Court No. CR57240.

\* November 25, 2025

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.